

P.O. Box 32159
Newark, NJ  07102

Tel: 973-642-2086
Fax: 973-642-6523

info@aclu-nj.org
www.aclu-nj.org

JEANNE LOCICERO
Legal Director

jlocicero@aclu-nj.org
973-854-1715

February 13, 2026

By CM/ECF

The Honorable Esther Salas
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re: *Johnny Palacios Perez Torrez v. U.S. Dep't of Homeland Sec.*, No. 2:26-cv-0681

Dear Judge Salas:

I represent Petitioner Johnny Palacios Perez Torrez in the above-captioned action. Having previously discussed the matter with Respondents' counsel and with their consent, I write to seek a short extension of the upcoming briefing schedule for Petitioner's reply in support of his petition for writ of habeas corpus ("Petition"), which was filed on January 22, 2026. *See* ECF No. 1. The current briefing schedule (set forth in the Order granting in part and denying in part the Petitioner's Motion for a TRO, issued on January 26, 2026, *see* ECF No. 10) requires Petitioners to reply within 14 days after Respondents' answer is filed. Computing Washington's Birthday, a legal holiday observed by the District of New Jersey on February 16, 2026,[1] Respondents' answer is due February 17, 2026, and Petitioner's reply is due March 3, 2026. *See* Fed. R. Civ. P. 6(a)(1)(C).

Subject to the Court's approval, and with Respondents' counsel's consent, Petitioner proposes amending the briefing schedule as follows:

- By February 17, 2026, Respondents will submit their answer to the Petition;
- By March 17, 2026, Petitioner may submit a reply brief.

Separately, given the need to address both jurisdictional arguments and substantive legal issues in the reply, Petitioner respectfully requests a 15-page extension for the reply brief, for a total length of 30 pages rather than the 15-page limit under Local Civil Rule 7.2(b).

---

[1] https://www.njd.uscourts.gov/court-info/court-holidays.

We remain available should the Court wish to discuss this further.

>Respectfully Submitted,
>
>*s/ Jeanne LoCicero*
>Jeanne LoCicero
>*Counsel for Petitioner*

cc: Jessica Laserna

**SO ORDERED.**

_____
**Hon. Esther Salas, U.S.D.J.**
**Dated:** February 17, 2026
